■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELLIS SYDNOR, Appellant.— Order, entered on November 13, 1962, denying without a hearing petitioner's motion for a writ of error *coram nobis*, unanimously affirmed. In *People* v. *Sydnor* (11 N Y 2d 846) there was a disavowal of the attorney who appeared at the time of sentence. Here, the petitioner acknowledges representation at the time of sentence. The representation was meaningful. (*Canizio* v. *New York*, 327 U. S. 82.) Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.